IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:25-CR-00051

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | SUBMISSION OF |
| v. | ) | DECLARATION OF PUBLICATION |
| | ) | |
| PARIS ALONZO LEWIS-BYNUM | ) | |

NOW COMES the United States of America, Plaintiff herein, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and submits a Declaration of Publication, attached as Exhibit A.

This the 13th day of April, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/ Seth Johnson
J. Seth Johnson
Texas Bar No. 24083259
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 338-3159
Email: seth.johnson@usdoj.gov